UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAR JOHNSON,<br><br>Defendant. | Case No. 1:16-cr-00172-DAD-BAM<br><br><br>ORDER OF RELEASE |

The government moved to dismiss the Indictment against the above named defendant in this action October 28, 2019. Accordingly, the defendant shall be released as to this case forthwith.

IT IS SO ORDERED.

Dated: __**October 28, 2019**__  _____
UNITED STATES DISTRICT JUDGE

1